UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEMARY CHINYE OKOLIE TORIOLA, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>F.J.C. SECURITY SERVICES INC. AND )<br>MR. JOE ″DOE″ DEP 29 SHIFT )<br>SUPERVISOR, )<br>)<br>*Defendant(s)*. ) | Case No.  13-CV-5142 (JG)(JO)<br><br>Dated:  November 19, 2013 |

### *Fed. R. Civ. P. 7.1 (2013) Disclosure Statement*
### *Re: FJC Security Services Inc., Defendant*

To:   The clerk of court and all parties of record

The nongovernmental corporate party, FJC Security Services Inc.**,** Defendant in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

**DATED:** Tuesday, November 19, 2013

<u>*Of Counsel*</u> to:
INGBER LAW FIRM, PLLC
Clifford J. Ingber, Esq. (CJI 7476)
6 Stallion Trail
Greenwich, Connecticut 06831
(203) 629-6129/ Fax: (203) 629-3954
Cjingber@ingberlaw.com
**FJC Security Services Inc., Defendant**
**-its Attorneys-**

Respectfully Submitted,

**WEISS & WEISS LLC**, *Of Counsel*

By:   /s/ Scott A. Weiss
*Counsel of Record for*:
**FJC Security Services Inc., Defendant**
2000 Post Rd., LL 106
Fairfield, CT 06824
50 Main Street, 10th Floor
White Plains, New York 10606
 (866) 277-2707/Fax: (203) 254-2725
Scott@weissnweiss.com
(SW0431)

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSEMARY CHINYE OKOLIE TORIOLA,<br><br>      Plaintiff,<br><br>    v.<br><br>F.J.C. SECURITY SERVICES INC. AND MR. JOE ″DOE″ DEP 29 SHIFT SUPERVISOR,<br><br>      Defendant. | Case No. 13-CV-5142 (JG)(JO) |

**Certificate of Service**

  I, Scott A. Weiss, an attorney, certifies and affirms, under penalty of perjury, 28 U.S.C. §1746 (2013) that I caused to have this within *Fed. R. Civ. P. 7.1 (2013) Disclosure Statement Submitted by Defendant FJC SECURITY SERVICES INC.* to be served on the following by first class mail, postage prepaid on Thursday, Tuesday, November 19, 2013:

  Plaintiff:    Rosemary Chinye Okolie Toriola
          253-15 80th Avenue, Suite 211
          Flora Park, New York 11004

| | |
|---|---|
| **DATED:** Tuesday, November 19, 2013 | Respectfully Submitted, |
| *Of Counsel* to:<br>INGBER LAW FIRM, PLLC<br>Clifford J. Ingber, Esq. (CJI 7476)<br>6 Stallion Trail<br>Greenwich, Connecticut 06831<br>(203) 629-6129/ Fax: (203) 629-3954<br>Cjingber@ingberlaw.com<br>**FJC Security Services, Inc., Defendant**<br>**-its Attorneys-** | **WEISS & WEISS LLC**, *Of Counsel*<br><br>By: /s/ Scott A. Weiss<br>*Counsel of Record for*:<br>**FJC Security Services Inc., Defendant**<br>2000 Post Rd., LL 106<br>Fairfield, CT 06824<br>50 Main Street, 10th Floor<br>White Plains, New York 10606<br>(866) 277-2707/Fax: (203) 254-2725<br>Scott@weissnweiss.com<br>(SW0431) |